Shaun Setareh (SBN 204514)
shaun@setarehlaw.com
Hayley Schwartzkopf (SBN 265131)
hayley@setarehlaw.com
Adrienne Herrera (SBN 278640)
adrienne@setarehlaw.com
SETAREH LAW GROUP
9454 Wilshire Blvd., Suite 711
Beverly Hills, California 90212
Telephone:    (310) 888-7771
Facsimile:     (310) 888-0109

Attorneys for Plaintiff,
KEN ADAMS

Brandon McKelvey (SBN 217002)
bmckelvey@seyfarth.com
Julie G. Yap (SBN 243450)
jyap@seyfarth.com
Coby M. Turner (SBN 266298)
cturner@seyfarth.com
SEYFARTH SHAW LLP
400 Capitol Mall, Suite 2350
Sacramento, California  95814-4428
Telephone:    (916) 448-0159
Facsimile:     (916) 558-4839

Attorneys for Defendant
MEDICAL STAFFING NETWORK HEALTHCARE, LLC

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KEN ADAMS, on behalf of himself, all others similarly situated,<br><br>　　　　　*Plaintiff*,<br><br>　　vs.<br><br>MEDICAL STAFFING NETWORK HEALTHCARE, LLC, a business entity form unknown,<br><br>　　　　　*Defendants*. | Case No. 13-CV-00921-GEB-AC<br><br>**STIPULATION AND [PROPOSED] ORDER TO CONTINUE STATUS CONFERENCE**<br><br>Date:　　　July 22, 2013<br>Time:　　　9:00 a.m.<br>Dept.:　　　307<br><br>Date Action Filed:  July 3, 2012 |

**JOINT STIPULATION**

This Stipulation is made by and between Plaintiff Ken Adams ("Plaintiff") and Defendant Medical Staffing Network Healthcare, LLC ("Defendant" or "MSNH"), through their respective counsel of record, with reference to the following facts:

1. Plaintiff originally filed this putative wage and hour class action in state court against "Medical Staffing Network, a business entity form unknown" on December 26, 2012.

2. On April 11, 2013, Plaintiff filed an Amendment to Complaint, substituting Medical Staffing Network Healthcare, LLC, in the place of "DOE" 1. The same day, Plaintiff filed his First Amended Complaint ("FAC").

3. On May 9, 2013, MSNH filed its answer to the FAC in Sacramento County Superior Court. The same day, MSNH filed a Notice of Removal to the United States District Court for the Eastern District of California. Dkt. No. 2.

4. On May 10, 2013, the Court set the Initial Scheduling Conference for July 22, 2013, at 9:00 a.m. Dkt. No. 7.

5. On June 10, 2013, Plaintiff filed a Motion to Remand this case to state court. Dkt. No. 10. Plaintiff's Motion is scheduled to be heard by the Court on July 15, 2013.

6. The Parties' Joint Status Report is currently due on July 8, 2013, for the Initial Scheduling Conference scheduled to be held on July 22, 2013.

7. Counsel for the parties have met and conferred, and prefer to save the Court's and Parties' time and resources by requesting the Joint Status Report and Initial Scheduling Conference be continued to a date after the Court considers Plaintiff's Motion to Remand.

8. The Parties have not previously requested an extension of time in this case for any reason.

NOW THEREFORE, the Parties stipulate and jointly request that the Court extend the deadline for filing a Joint Status Report to August 12, 2013, or an alternate date as set by the Court, and that the Court continue the Initial Scheduling Conference to August 26, 2013, at 9:00 a.m. or as soon thereafter as the Court's calendar permits.

        IT IS SO STIPULATED.


Dated:  June 27, 2013                        SEYFARTH SHAW LLP


                                             By:    /s/ Coby M. Turner
                                             Brandon R. McKelvey
                                             Julie G. Yap
                                             Coby M. Turner
                                             Attorneys for Defendant
                                             MEDICAL STAFFING NETWORK
                                             HEALTHCARE, LLC


Dated:  June 27, 2013                        SETAREH LAW GROUP


                                             By:    /s/ Shaun Setareh
                                             Shaun Setareh
                                             Attorneys for Plaintiff
                                             KEN ADAMS

**ORDER**

After considering the Parties' Stipulation to Continue the Status Conference, IT IS ORDERED that the current Status Conference scheduled for July 22, 2013, at 9:00 a.m., is continued to September 16, 2013, at 9:00 a.m.  A joint status report shall be filed fourteen days prior to the hearing.

**IT IS SO ORDERED.**

**Date:  7/5/2013**

_____
GARLAND E. BURRELL, JR.
Senior United States District Judge

- 4 -

STIPULATION AND [PROPOSED] ORDER TO CONTINUE STATUS CONFERENCE

15816751v.1