Shaun Setareh (SBN 204514)
shaun@setarehlaw.com
Hayley Schwartzkopf (SBN 265131)
hayley@setarehlaw.com
Adrienne Herrera (SBN 278640)
adrienne@setarehlaw.com
SETAREH LAW GROUP
9454 Wilshire Blvd., Suite 711
Beverly Hills, California 90212
Telephone:    (310) 888-7771
Facsimile:    (310) 888-0109

Attorneys for Plaintiff,
KEN ADAMS

Brandon McKelvey (SBN 217002)
bmckelvey@seyfarth.com
Julie G. Yap (SBN 243450)
jyap@seyfarth.com
Coby M. Turner (SBN 266298)
cturner@seyfarth.com
SEYFARTH SHAW LLP
400 Capitol Mall, Suite 2350
Sacramento, California  95814-4428
Telephone:    (916) 448-0159
Facsimile:    (916) 558-4839

Attorneys for Defendant
MEDICAL STAFFING NETWORK HEALTHCARE, LLC

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KEN ADAMS, on behalf of himself, all others similarly situated,<br><br>　　　　　　*Plaintiff*,<br><br>　　vs.<br><br>MEDICAL STAFFING NETWORK HEALTHCARE, LLC, a business entity form unknown,<br><br>　　　　　　*Defendant*. | Case No. 13-CV-00921-GEB-AC<br><br>**STIPULATION AND [PROPOSED] ORDER TO CONTINUE STATUS CONFERENCE**<br><br>Date:　　　December 9, 2013<br>Time:　　　9:00 a.m.<br>Dept.:　　　307<br><br>Date Action Filed: July 3, 2012 |

**JOINT STIPULATION**

This Stipulation is made by and between Plaintiff Ken Adams ("Plaintiff") and Defendant Medical Staffing Network Healthcare, LLC ("Defendant" or "MSNH"), through their respective counsel of record, with reference to the following facts:

1. Plaintiff originally filed this putative wage and hour class action in state court against "Medical Staffing Network, a business entity form unknown" on December 26, 2012.

2. On April 11, 2013, Plaintiff filed an Amendment to Complaint, substituting Medical Staffing Network Healthcare, LLC, in the place of "DOE" 1. The same day, Plaintiff filed his First Amended Complaint ("FAC").

3. On May 9, 2013, MSNH filed its answer to the FAC in Sacramento County Superior Court. The same day, MSNH filed a Notice of Removal to the United States District Court for the Eastern District of California. (Dkt. No. 2.)

4. On May 10, 2013, the Court set the Initial Scheduling Conference for July 22, 2013, at 9:00 a.m. (Dkt. No. 7.)

5. On June 10, 2013, Plaintiff filed a Motion to Remand this case to state court. Dkt. No. 10. Plaintiff's Motion was taken under submission by the Court on July 11, 2013. (Dkt. No. 18.)

6. On June 27, 2013, the Parties filed a Stipulation and Proposed Order asking the Court for an extension of time to submit the Joint Status Report and to hold the Initial Scheduling Conference, since Plaintiff's Motion to Remand was pending. (Dkt. No. 13.)

7. On July 8, 2013, the Court issued an Order re-setting the pretrial scheduling conference for September 16, 2013, and setting the deadline for the Parties to submit the joint status report for September 2, 2013. (Dkt. No. 15.)

8. On August 30, 2013, the Court issued an Order re-setting the pretrial scheduling conference for December 9, 2013, and setting the deadline for the Parties to submit their joint status report for November 25, 2013. (Dkt. No. 23.)

9. Counsel for the parties have met and conferred, and prefer to save the Court's and Parties' time and resources by requesting the Joint Status Report and Initial Scheduling

1  Conference be continued to a date after the Court considers Plaintiff's Motion to Remand. The
2  Parties have agreed that they should not move forward with discovery and/or additional motion
3  practice until the dispute regarding jurisdiction in this case is resolved.

4      10.    The Parties have previously requested two extensions of time in this case for the
5  same reasons presented in this Stipulation.

6      NOW THEREFORE, the Parties stipulate and jointly request that the Court extend the
7  deadline for filing a Joint Status Report to three weeks after the Court issues a ruling on
8  Plaintiff's Motion to Remand, and that the Court continue the Initial Scheduling Conference to
9  five weeks after the ruling on Plaintiff's Motion to Remand, at 9:00 a.m. or as soon thereafter as
10  the Court's calendar permits.

12      IT IS SO STIPULATED.

14  Dated: November 14, 2013                 SEYFARTH SHAW LLP

16                                      By:   /s/ Coby M. Turner
                                    Brandon R. McKelvey
17                                      Julie G. Yap
                                    Coby M. Turner
18                                      Attorneys for Defendant
                                    MEDICAL STAFFING NETWORK
19                                      HEALTHCARE, LLC

21  Dated: November 14, 2013                 SETAREH LAW GROUP

23                                      By:   /s/ Shaun Setareh
                                    Shaun Setareh
24                                      Attorneys for Plaintiff
                                    KEN ADAMS

**ORDER**

The Status Conference scheduled on December 9, 2013, is continued to February 3, 2014, commencing at 9:00 a.m.  A joint status report shall be filed fourteen days prior to the hearing.

**IT IS SO ORDERED.**
Dated:  November 25, 2013

```
_____
GARLAND E. BURRELL, JR.
Senior United States District Judge
```