UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KEN ADAMS, on behalf of himself, all others similarly situated,<br><br>          Plaintiff,<br><br>     v.<br><br>MEDICAL STAFFING NETWORK HEALTHCARE, LLC, a business entity form unknown,<br><br>          Defendant. | No.  13-cv-00921-GEB-AC<br><br>**ORDER** |

On January 2, 2014, the parties filed a stipulation and proposed order "request[ing] that the Court stay its remand order pending resolution of Defendant's appeal." (Joint Stipulation [Proposed] Order 3:9-10, ECF No. 27.) However, the parties have not shown that under the circumstances here, where the case has already been remanded to the state court, that the federal district court retains authority to consider the stay request. See Seedman v. U.S. Dist. Ct., 837 F.2d 413, 414 (9th Cir. 1988) ("Once a district court certifies a remand order to state court it is divested of jurisdiction and can take no further action on the case.") Therefore, the request is denied.

Dated:  January 6, 2014

_____
GARLAND E. BURRELL, JR.
Senior United States District Judge

1